No. 81–213.  SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* HOGAN ET AL.  Appeal from D. C. Mass.  Motion of appellees George Hogan et al. for leave to proceed *in forma pauperis* granted.  Probable jurisdiction noted.

No. 80–1991.  OREGON *v.* KENNEDY.  Ct. App. Ore. Certiorari granted.

No. 80–2102.  RENDELL-BAKER ET AL. *v.* KOHN ET AL. C. A. 1st Cir.  Certiorari granted.

No. 80–2043.  BOARD OF EDUCATION, ISLAND TREES UNION FREE SCHOOL DISTRICT NO. 26, ET AL. *v.* PICO, BY HIS NEXT FRIEND, PICO, ET AL.  C. A. 2d Cir.  Motions of National Association of Secondary School Principals and Charles H. Keating, Jr., et al. for leave to file briefs as *amici curiae* granted.  Certiorari granted.

No. 80–2182.  INWOOD LABORATORIES, INC., ET AL. *v.* IVES LABORATORIES, INC.; and

No. 81–11.  DARBY DRUG CO., INC., ET AL. *v.* IVES LABORATORIES, INC.  C. A. 2d Cir.  Motions of American Association of Retired Persons et al. and National Association of Pharmaceutical Manufacturers, Inc., for leave to file briefs as *amici curiae* in No. 80–2182 granted.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: 638 F. 2d 538.

No. 80–2209.  UNITED STATES *v.* ROSS.  C. A. D. C. Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.  The parties are directed to address the question whether the Court should reconsider *Robbins* v. *California*, 453 U. S. 420 (1981).